IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELDRICK E. ROBISON,

                Petitioner,

  v.

JAMES WALKER, Warden,

                Respondent.

C 09-2202 WHA (PR)

**ORDER**

      GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 9, 2009, to file its answer to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

DATED: __September 30__, 2009.

IT IS SO ORDERED
Judge William Alsup