IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRICK E. ROBISON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES WALKER, Warden,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　　　　　／ | No. C 09-2202 WHA (PR)<br><br>**JUDGMENT** |

　　Pursuant to the order entered today denying petitioner's habeas petition, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

　　**IT IS SO ORDERED.**

Dated: December  3 , 2010.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\ROBISON2202.JUD.wpd